*Mellinger, Sanders & Kartzman, LLC*

ATTORNEYS AT LAW

101 GIBRALTAR DRIVE
SUITE 2F
MORRIS PLAINS, N.J. 07950

(973) 267-0220

| | | |
|---|---|---|
| LOUIS P. MELLINGER | | Essex County Office |
| MICHAEL S. SANDERS | FAX (973) 267-3979 | 46 Essex Street |
| STEVEN P. KARTZMAN | | Millburn, N.J. 07041 |
| ADAM G. BRIEF, COUNSEL TO THE FIRM | | (973) 218-0220 |
| NICOLE CORONA | | |
| SEYMOUR RUDENSTEIN (1933-1983) | | |
| JACOB MELLINGER (1928-2001) | | |
| | E-MAIL SKARTZMAN@MSKLAW.NET | |
| OF COUNSEL | ABRIEF@MSKLAW.NET | **PLEASE RESPOND TO:** |
| BARRY E. LEVINE | NCORONA@MSKLAW.NET | **MORRIS PLAINS** |
| WALTER G. LUGER | | |
| PETER ROSEN | | |
| ROBERT D. ROSEN | | |

September 29, 2015

**VIA ECF**
Clerk, U.S. Bankruptcy Court
P.O. Box 1352
Newark, NJ 07101-1352

      **RE:  Edward A. Stabile**
      **Case No.: 15-10514**

Dear Sir/Madam:

      This is in response to your memorandum dated September 21, 2015.  I am presently investigating the value of the Debtor's interest in several closely held corporations.  Accordingly, I am not yet in a position to conclude this case.

      Very truly yours,

      */s/ Steven P. Kartzman*
      Steven P. Kartzman