## *Mellinger, Sanders & Kartzman, LLC*

ATTORNEYS AT LAW

101 GIBRALTAR DRIVE
SUITE 2F
MORRIS PLAINS, N.J. 07950

(973) 267-0220

FAX (973) 267-3979

www.msklawyers.com

E-MAIL   SKARTZMAN@MSKLAW.NET
JZAPATA@MSKLAW.NET
JLOEWENSTEIN@MSKLAW.NET

LOUIS P. MELLINGER
MICHAEL S. SANDERS
STEVEN P. KARTZMAN
JOSEPH R. ZAPATA, JR.
JUDAH B. LOEWENSTEIN
SEYMOUR RUDENSTEIN (1933-1983)
JACOB MELLINGER (1928-2001)

OF COUNSEL
WALTER G. LUGER
PETER ROSEN
ROBERT D. ROSEN
TERRI JANE FREEDMAN
JOSÉ R. TORRES

Essex County Office
46 Essex Street
Millburn, N.J. 07041
(973) 218-0220

**PLEASE RESPOND TO:**
**MORRIS PLAINS**

April 15, 2019

**Delivery via ECF Filing Only**

Clerk of the Court
United States Bankruptcy Court
P.O. Box 1352
Newark, NJ 07101-1352

**Re.:   Edward Alan Stabile**
**Chapter 7 Case No. 15-10514 RG**

Dear Clerk:

Please allow this to respond to your Memorandum dated April 10, 2019 filed in the above-referenced matter. I am presently in the process of selling Debtor's interest in three (3) closely held corporations. Accordingly, I am not yet in a position to conclude the case.

Very truly yours,

*Steven P. Kartzman*

STEVEN P. KARTZMAN

SPK/jbl