UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

MELLINGER, SANDERS & KARTZMAN, LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
By: Steven P. Kartzman, Esq.
Attorneys for Steven P. Kartzman,
as Chapter 7 Trustee

In re:

EDWARD ALAN STABILE,

     DEBTOR.

Case No.: 15-10514 RG

Chapter: 7

Adv. Pro. No.

Hearing Date:

Judge: Rosemary Gambardella

## CERTIFICATION OF SERVICE

1. I, Candy Ward:

___ represent the Chapter 7 Trustee in the above-captioned matter.

X am the secretary/paralegal for Mellinger, Sanders & Kartzman, LLC, who represents the Trustee in the above captioned matter.

___ am the _____ in the above captioned matter and am representing myself.

2. On July 8, 2019, I notified the parties listed in the chart below that the following

  Motion was filed and that the hearing is scheduled for July 29, 2019 at 10:00 a.m.:

- Notice of Motion to Approve the Sale of Interests in Western World Corp., Cheyenne Corp. and Pink Elephant, Inc.:
- Certification of Steven P. Kartzman;
- Exhibits A and B;
- Brief; and
- Proposed Order.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, New Jersey 07102 | US Trustee | ___ Hand-delivered<br>_X__ Regular mail<br>___ Certified Mail/RR<br>X    Other **ECF**<br>___ Overnight Delivery<br>___ Fax<br> (as authorized by the court or by rule. Cite the rule if applicable) |
| Evan S. Cowit, Esq.<br>Kudman Trachten Aloe LLP<br>350 Fifth Avenue<br>68th Floor<br>New York, NY 10118 | Attorney for Michael Stabile | ___ Hand-delivered<br>_X_ Regular mail<br>___ Certified Mail/RR<br>___Other **ECF**<br>___ Overnight Delivery<br>___ Fax<br> (as authorized by the court or by rule. Cite the rule if applicable) |
| Edward Stabile<br>16 Rutgers Street<br>Belleville, NJ 07109 | Debtor | ___ Hand-delivered<br> X   Regular mail<br>___ Certified Mail/RR<br>___ Other<br>___ Overnight Delivery<br>___ Fax<br> (as authorized by the court or by rule. Cite the rule if applicable) |
| Steven B. Fuerst, Esq.<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Attorney for Purchaser | ___ Hand-delivered<br> X   Regular mail<br>___ Certified Mail/RR<br>___ Other<br>___ Overnight Delivery<br>___ Fax<br> (as authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Mary K. Stabile Benson<br>350 Amity Road<br>Andover, NJ 07821 | Interested Party | ___ Hand-delivered<br>X  Regular mail<br>___ Certified Mail/RR<br>___ Other<br>___ Overnight Delivery<br>___  Fax<br> (as authorized by the court or by rule.  Cite the rule if applicable) |
| Sharon Stabile Adelman<br>3000 Boonesville Road<br>Free Union, VA 22940 | Interested Party | ___ Hand-delivered<br>X  Regular mail<br>___ Certified Mail/RR<br>___ Other<br>___ Overnight Delivery<br>___  Fax<br> (as authorized by the court or by rule.  Cite the rule if applicable) |
| James Stabile<br>926 Saddleback Road<br>Newton, NJ 07860 | Interested Party | ___ Hand-delivered<br>X  Regular mail<br>___ Certified Mail/RR<br>___ Other<br>___ Overnight Delivery<br>___  Fax<br> (as authorized by the court or by rule.  Cite the rule if applicable) |
| Carol Stabile<br>780 E. 44th Avenue<br>Eugene, OR 97405 | Interested Party | ___ Hand-delivered<br>X  Regular mail<br>___ Certified Mail/RR<br>___ Other<br>___ Overnight Delivery<br>___  Fax<br> (as authorized by the court or by rule.  Cite the rule if applicable) |
| Michael Stabile III<br>Estate of Michael Stabile<br>1715 Silverwood Terrace<br>Los Angeles, CA 90026 | Interested Party | ___ Hand-delivered<br>X  Regular mail<br>___ Certified Mail/RR<br>___ Other<br>___ Overnight Delivery<br>___  Fax |

|  |  | (as authorized by the court or by rule.  Cite the rule if applicable) |
|---|---|---|
|  |  |  |

3.   I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 8, 2019                                               */s/ Candy Ward*
                                                                               Signature